AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>KEDRICK MONGER<br>and COREY GROVES<br><br>*Defendant(s)* | Case No. 2:20-CR-20156-JTF/tmp |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __AUGUST 2, 2020__ in the county of __SHELBY__ in the __WESTERN__ District of __TENNESSEE__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(u) | Possession of a Firearm by a Convicted Felon; and<br>Knowing theft of firearms from licensee. |

This criminal complaint is based on these facts:
See two attached Affidavits of ATF Special Agent Thomas Byrd.

☒ Continued on the attached sheet.

*Complainant's signature*

SA THOMAS BYRD, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/13/2020__

s/Annie T. Christoff
*Judge's signature*

City and state: __MEMPHIS, TN__

ANNIE T. CHRISTOFF, U.S. MAGISTRATE JUDGE
*Printed name and title*