ROGERS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No. 2:20-CR-20156-JTF** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KEDRICK MONGER,** | ) | **18 U.S.C. § 2** |
| **COREY GROVES,** | ) | **18 U.S.C. § 371** |
| **and MARTEZ BANKS,** | ) | **18 U.S.C. § 922(u)** |
| | ) | |
| **Defendants.** | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about August 2, 2020, in the Western District of Tennessee, the defendants,

**KEDRICK MONGER**
**COREY GROVES**
**AND**
**MARTEZ BANKS**

did, knowingly combine, conspire, and confederate together and with others unknown to

the grand jury to commit an offense against the United States, that is, to unlawfully take

from the premises of Shoot Point Blank, 1740 Century Center Cove, Memphis,

Tennessee, a federally licensed firearms dealer, firearms in the business inventory of the

licensee that had been shipped or transported in interstate or foreign commerce, in

violation of Title 18, United States Code, Sections 371 and 922(u).

## COUNT 2

On or about August 2, 2020, in the Western District of Tennessee, the defendants,

**KEDRICK MONGER**
**COREY GROVES**
**AND**
**MARTEZ BANKS**

being aided and abetted by each other and unknown others, did unlawfully take from the premises of Shoot Point Blank, 1740 Century Center Cove, Memphis, Tennessee, a federally licensed firearms dealer, firearms in the business inventory of the licensee that had been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2 and 922(u).

**TRUE BILL:**

_____

**F O R E P E R S O N**

DATE: _____

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**